

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00032-CV

Gumaro Rosales & Velma Rosales and All Occupants
v.
Green Tree Servicing LLC.

On appeal from the
County Court at Law of San Patricio County, Texas
Trial Cause No. 10372

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED FOR WANT OF PROSECUTION in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

February 26, 2015.